Nos. 121 and 122. WALLACE *v.* FISKE ET AL. March 30, 1942. The motion for leave to file a second petition for

rehearing is granted. The second petition for rehearing is denied. 314 U. S. 710.